# UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF NORTH CAROLINA, CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br>vs.<br>JERRY AUSTIN SIMMONS,<br>　　　　　　　Defendant. | CASE NO. DNCW3:18CV000371-001<br>(Financial Litigation Unit) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __10/26/2018__ against Jerry Austin Simmons,
*Date*
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses *(itemize on page two)* | |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs *(Special Fund of Treasury)* | $ 400.00 |
| TOTAL | $ 400.00 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been mailed today with postage prepaid to: Jerry Austin Simmons, 4225 Quail View Road, Charlotte, NC 28226

　　s/ Attorney:　__Julia K. Wood, Assistant United States Attorney__
　　Name of Attorney:　__Julia K. Wood, Assistant United States Attorney__

For:　__United States of America__　　　　　　　　　　　　　Date: October 26, 2018
　　　　*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of __$400.00__ and included in the judgment.

__FRANK G. JOHNS__　　By: *[signature] Frank D. Johns*　　　　11/19/2018
　*Clerk of Court*　　　　　　　　*Deputy Clerk*　　　　　　　　　　　*Date*